UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LINDA ZIMMERMANN, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | CAUSE NO. 5:23-cv-01469 |
| vs. ) | |
| ) | |
| SANOFI U.S. SERVICES INC. AND ) | |
| SANOFI-AVENTIS U.S. LLC, ) | |
| ) | |
| *Defendants*. | |

**NOTICE OF PENDING SETTLEMENT AND**
**REQUEST TO STAY PROCEEDINGS**

Plaintiffs Linda Zimmermann and Defendants Sanofi U.S. Services and Sanofi-Aventis U.S. LLC (collectively, "the Parties"), hereby give notice that the Parties have reached an agreement in principle for the complete resolution of this matter.

The Parties are in the process of preparing and finalizing a Master Settlement Agreement which will include the instant case, as well as other cases in multi-district litigation. Accordingly, the Parties in this matter respectfully request that this Court vacate all pending deadlines and stay this matter for six months, through and including May 24, 2024, at which time a status report informing this Court of the settlement status or a motion for appropriate relief shall be due.

Dated: November 29, 2023         Respectfully submitted,

                                 */s/ M. Scott Michelman*
                                 M. Scott Michelman
                                 State Bar No.: 00797075
                                 Email: mmichelman@shb.com
                                 Norma N. Bennett
                                 State Bar No. 24028492
                                 Email: nbennett@shb.com
                                 600 Travis Street, Suite 3400
                                 Houston, TX 77002-2926

1

Telephone: (713) 227-8008
Facsimile: (713) 22709508

***Counsel for Sanofi U.S. Services Inc.
and Sanofi-Aventis U.S. LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served by regular U.S. Mail on on this 29th day of November 2023, on Plaintiff's counsel addressed as follows:

Jason Richard Fraxedas
The Maher Law Firm, P.A.
398 West Morse Blvd., Suite 200
Winter Park, FL  32789

*/s/ Norma N. Bennett*
Norma N. Bennett