# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LINDA ZIMMERMANN,<br><br>Plaintiff,<br><br>v.<br><br>SANOFI US SERVICES, INC. et al.,<br><br>Defendants. | Civil Case No. 5:23-CV-01469-JKP |

## JOINT STATUS REPORT REGARDING THE STATUS OF SETTLEMENT

Pursuant to this Court's Order (ECF No. 11), Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc. ("Sanofi") and Plaintiff Linda Zimmermann hereby submit the following report regarding the status of settlement.

Sanofi previously filed a Notice of Pending Settlement and Request to Stay Proceedings, (ECF No. 9), notifying the Court that the Parties had reached an agreement in principle for the complete resolution of this matter and that counsel for the Parties were in the process of preparing and finalizing a Master Settlement Agreement which would include the instant case, as well as other cases from the Taxotere MDL.

Sanofi and at least 36 plaintiffs' firms represented by plaintiffs' settlement counsel have agreed to enter into a Master Settlement Agreement ("MSA") that controls the settlement of up to 2,500 cases, including the case captioned above, currently pending in state and federal courts and in the multidistrict litigation *In re Taxotere (Docetaxel) Products Liability Litigation* (MDL No. 2740) in the United States District Court for the Eastern District of Louisiana. All of these pending

1

lawsuits seek to recover monetary damages for injuries related to the use of the chemotherapy drug docetaxel, manufactured by Sanofi.

On December 22, 2023, plaintiffs' settlement counsel provided Sanofi with a list of the cases and firms that counsel believes are eligible to participate in the settlement. Sanofi reviewed the list of cases for key issues, such as dismissals, non-Sanofi product identification, and whether the plaintiffs are deceased. This review concluded in February and the Master Settlement Agreement was finalized and executed on February 9, 2024. On March 29, 2024, the online portal allowing Plaintiff to review the release and opt in to the settlement was opened.

Plaintiffs initially had until mid-May to opt in or out of the settlement. However, Settlement Counsel requested to extend the claims package period in order to allow more plaintiffs and opportunity to complete their election. The deadline may be further extended by agreement of the parties, but is currently set to expire in the end of May. As is typical for deals of this nature, after it concludes, the parties will evaluate whether participation has met certain agreed threshold rates to complete the settlement.

The opt-in process is followed by an individual settlement assessment through the special master and settlement administrator. Under the agreement, disputes on individual settlement assessments and/or opt outs require mediation prior to further litigation of the case in the district court. Accordingly, it would be unlikely for the cases to see litigation activity in the district courts before 2025.

Fifteen (15) days from the Claim Package Deadline, the Final Participation Threshold will be determined (an assessment of whether enough plaintiffs are opting-in to the settlement to proceed). Sanofi maintains the ability to terminate the settlement 25 days following the participation deadline (10 days after the Final Participation Threshold Determination). The Gross

Settlement Amount will be determined 10 days after the Final Participation Threshold Determination, with funding taking place 90 days thereafter.

DATED:  May 24, 2024                              Respectfully submitted,

*/s/ M. Scott Michelman*
M. Scott Michelman
State Bar No.: 00797075
Email: mmichelman@shb.com
Norma N. Bennett
State Bar No. 24028492
Email: nbennett@shb.com
Shook, Hardy & Bacon, L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone: (713) 227-8008
Facsimile: (713) 227-9508

*Counsel for Defendants Sanofi U.S. Services Inc. and sanofi-aventis U.S. LLC*


*/s/ Jason R. Fraxedas*  (with permission)
Jason R. Fraxedas
The Maher Law Firm. P.A.
398 West Morse Blvd. Suite 200
Winter Park, FL 32789

*Counsel for Plaintiff*

3

4

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing instrument has been served on May 24, 2024, via the Court's CM/ECF system.

                                                */s/ M. Scott Michelman*
                                                M. Scott Michelman